Filed Via Mail

MAY 09 2024

CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

2 Pages Scanned by BEP

May 7, 2024

To Whom it May Concern:

I received a Notice of Chapter 7 Bankruptcy for case number 2:24-bk-00470-FMD to our previous address: 8270 Sumner Ave, Fort Myers, FL 33908. We have moved to 8731 Belle Meade Dr, Fort Myers, FL 33908. Our address needs to be updated. Also, my name is spelled incorrectly as Dianne, but should be Diane. I don't know if that matters or not, but I wanted to make sure everything was updated accordingly.

Thank you,

Diane Bauer

412-874-6229

anch~
le Meade Dr.
rs, FL 33908



Sam M. Gibbons United States Courthouse
801 North Florida Ave.
Suite 555
Tampa, FL 33602-3899

33602-386030